1  Eric A. Grover, Esq. (SBN 136080)
   Jade Butman, Esq. (SBN 235920)
2  **KELLER GROVER LLP**
3  425 Second Street, Suite 500
   San Francisco, CA  94107
4  Tel. (415) 543-1305; Fax: (415) 543-7861
   eagrover@kellergrover.com
5  jbutman@kellergrover.com

6  Mark R. Thierman, Esq. (SBN 72913)
7  **THIERMAN LAW FIRM**
   7287 Lakeside Drive
8  Reno, Nevada  89511
   Tel. (775) 284-1500; Fax (775) 703-5027
9  laborlawyer@pacbell.net

10 Scott A. Miller, Esq. (SBN 230322)      Steven L. Miller, Esq. (SBN 106023)
11 **LAW OFFICES OF SCOTT A.**             **STEVEN L. MILLER,**
      **MILLER, A.P.C.**                      **A PROFESSIONAL LAW CORP.**
12 16133 Ventura Blvd., Suite 1200         16133 Ventura Blvd., Suite 1200
   Encino, CA  91436                       Encino, CA  91436
13 Tel. (818) 788-8081; Fax (818) 788-8080 Tel. (818) 986-8900 Fax: (818) 990-7900
14 millaw@sbcglobal.net                    stevenlmiller@sbcglobal.net

15 Attorneys for Plaintiff
   Inna Vigdorchik
16
17 **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
18

| | |
|---|---|
| INNA VIGDORCHIK, on behalf of herself and all others similarly situated, | Case No. C07-0736 MMC |
| | CLASS ACTION |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER TO STRIKE PORTIONS OF FIRST AMENDED COMPLAINT** |
| CENTURY THEATRES, INC., and CINEMARK USA, INC. | |
| Defendants. | [15 U.S.C. §§ 1681 *et seq.*] |

JOINT STIPULATION AND [PROPOSED]
ORDER TO STRIKE PORTIONS OF FIRST
AMENDED COMPLAINT                              Case No. C 07-0736 MMC

**STIPULATION**

WHEREAS, on February 5, 2007, Plaintiff Inna Vigdorchik ("Plaintiff") filed her Complaint against Defendants Century Theatres, Inc. and Cinemark USA, Inc. ("Defendants"), alleging, among other things, that Defendants violated certain provisions of the Fair Credit Reporting Act, as amended by the Fair and Accurate Credit Transactions Act;

WHEREAS, on April 25, 2007, Plaintiff filed a First Amended Complaint;

WHEREAS, Defendant Cinemark USA, Inc. was dismissed from the lawsuit;

WHEREAS, on May 15, 2007, Defendant Century Theatres, Inc. filed an Answer to the First Amended Complaint;

WHEREAS, Defendant Century Theatres, Inc. contends that Plaintiff is not entitled to any relief for her claim(s) that Defendants unlawfully printed the last five digits of credit and debit card numbers on transaction receipts;

**NOW THEREFORE**, Plaintiff and Defendant Century Theatres, Inc. stipulate and agree that any reference to Defendants' having unlawfully printed "more than the last five digits" of any card number on a transaction receipt be stricken, and specifically, to strike the following portions of the First Amended Complaint:

1. Paragraph 3, the phrase ". . . more than the last five digits of the card number and/or . . ."
2. Paragraph 13, <u>CLASS A</u>, the phrase ". . . more than the last five digits of the person's credit card or debit card number and/or printed . . ."
3. Paragraph 13, <u>CLASS B</u>, the phrase ". . . more than the last five digits of the person's credit card or debit card number and/or printed . . ."
4. Paragraph 21(a), the phrase ". . . more than the last five digits of the credit card or debit card and/or. . ."
5. Paragraph 31, the phrase ". . . more than the last five digits of such member's credit or debit card number and/or. . ."

1

6. Paragraph 32, the phrase ". . . member, more than the last five digits of such member's credit or debit card number and/or."

7. Paragraph 36, the phrase ". . . more than five digits of the card number and/or. . ."

8. Paragraph 37, the phrase ". . . more than the least [*sic*] five digits of the card number and/or. . ."

**IT IS SO STIPULATED.**

September 27, 2007                                              **KELLER GROVER LLP**

By: _____/s/_____
Eric A. Grover
Denise L. Díaz
Attorneys for Plaintiff
INNA VIGDORCHIK


September 27, 2007                                              **AKIN GUMP STRAUSS HAUER & FELD LLP**


By: _____/s/_____
Reginald D. Steer
Chad A. Stegeman
Attorneys for Defendant
CENTURY THEATRES, INC.

2

JOINT STIPULATION AND [PROPOSED]
ORDER TO STRIKE PORTIONS OF FIRST
AMENDED COMPLAINT                                               Case No. C 07-0736 MMC

**ORDER**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the following portions of Plaintiff's First Amended Complaint are hereby stricken as follows:

1. Paragraph 3, the phrase ". . . more than the last five digits of the card number and/or . . ."

2. Paragraph 13, <u>CLASS A</u>, the phrase ". . . more than the last five digits of the person's credit card or debit card number and/or printed . . ."

3. Paragraph 13, <u>CLASS B</u>, the phrase ". . . more than the last five digits of the person's credit card or debit card number and/or printed . . ."

4. Paragraph 21(a), the phrase ". . . more than the last five digits of the credit card or debit card and/or. . ."

5. Paragraph 31, the phrase ". . . more than the last five digits of such member's credit or debit card number and/or. . ."

6. Paragraph 32, the phrase ". . . member, more than the last five digits of such member's credit or debit card number and/or."

7. Paragraph 36, the phrase ". . . more than five digits of the card number and/or. . ."

8. Paragraph 37, the phrase ". . . more than the least [*sic*] five digits of the card number and/or. . ."

**IT IS SO ORDERED.**

DATED: September 28, 2007

The Honorable Maxine M. Chesney
U.S. District Court Judge

JOINT STIPULATION AND [PROPOSED]
ORDER TO STRIKE PORTIONS OF FIRST
AMENDED COMPLAINT                                    Case No. C 07-0736 MMC