Eric A. Grover (136080)
eagrover@kellergrover.com
Denise L. Díaz (159516)
ddiaz@kellergrover.com
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, CA 94107
Tel: (415) 543-1305
Fax: (415) 543-7861
*Additional counsel on signature page*

Attorneys for Plaintiff

Reginald David Steer (56324)
rsteer@akingump.com
Chad Allen Stegeman (225745)
cstegemand@askingump.com
**AKIN GUMP STRAUS HAUER & FELD LLP**
580 California Street, 15th Floor
San Francisco, CA 94104
Tel: (415)765-9500
Fax: (415) 765-9501

Attorneys for Defendant Century Theatres, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

INNA VIGDORCHIK, on behalf of herself and all others similarly situated,

Plaintiff,

v.

CENTURY THEATERS, INC. AND CINEMARK USA, INC.,

Defendants.

Case No.: C07-0736 MMC

HON. MAXINE M. CHESNEY

**JOINT STATUS REPORT RE: FACTA CASES PENDING AT THE NINTH CIRCUIT AND ~~[PROPOSED]~~ ORDER TO CONTINUE STATUS CONFERENCE**

Pursuant to the Court's Order of October 25, 2007, Inna Vigdorchik ("Plaintiff") and Century Theaters, Inc. ("Defendant") hereby submit this report regarding the appeals pending in cases, like this one, arising under the Fair Credit Reporting Act and Fair and Accurate Credit Transaction Act, 15 U.S.C. §§ 1681c(g) and 1681n. The following appeals are currently pending before the United States Court of Appeals for the Ninth Circuit:

1. On September 13, 2007, the Ninth Circuit granted plaintiff's FED. R. CIV. P. 23(f) petition for review of the Hon. R. Gary Klausner's denial of class certification in the case of *Soualian v. International Coffee and Tea, LLC*, No. 07-CV-00502 RGK (JCx) (C. D. Cal.). The parties agreed to a class settlement requiring district court approval. On March 28, 2008, the parties filed a Joint Motion for Conditional Certification of Settlement Class and For Preliminary Approval of Class Action Settlement in the district court. On March 28, 2008, the Ninth Circuit issued an order vacating the briefing schedule and giving the plaintiff-appellant 90 days to either move for dismissal of the appeal or contact the Circuit Mediator.

2. On January 14, 2008, the Ninth Circuit granted defendant's FED. R. CIV. P. 23(f) petition for review of the Hon. James V. Selna's grant of class certification in the case of *Reynoso v. South County Concepts*, Case No. CV 07-373 JVS (C.D. Cal.), *leave to appeal granted*, Appellate Dkt No. 07-80191 (9th Cir. Jan. 14, 2008), *appeal docketed*, Appellate Dkt. No. 08-55079 (9th Cir.). A briefing schedule has been established. The appellant South County Concepts' opening brief is due May 1, 2008, the appellee Reynoso's brief is due on June 2, 2008, and appellant's reply brief, if any, is due within fourteen days of service of the appellee's brief.

3. The parties agree that the Ninth Circuit's ruling on class certification in *Reynoso v. South County Concepts* may affect the legal framework of this case.

4. The parties also agree that a continued stay of this action pending appellate review of *Reynoso v. South County Concepts* will conserve judicial and party resources, and avoid unnecessary expenditures of time, effort, and money.

5. The parties agree and submit that the stay of this action should remain in place.

6. The parties agree that the status conference scheduled for April 25, 2008, should be continued to October 24, 2008.

7. The parties will submit a further report to the court regarding the status of any related Ninth Circuit appeals on October 17, 2008, or at any earlier date if the status of the related Ninth Circuit appeals changes in a manner that warrants a further update.

Dated: April 17, 2008

**KELLER GROVER LLP**

By:/s/Eric A. Grover
Eric A. Grover
Denise L. Díaz

Attorneys for Plaintiff

Dated: April , 2008

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By:____________________
Reginald D. Steer
Chad A. Stegeman

Attorneys for Defendant
Century Theatres, Inc.

4. The parties also agree that a continued stay of this action pending appellate review of *Reynoso v. South County Concepts* will conserve judicial and party resources, and avoid unnecessary expenditures of time, effort, and money.

5. The parties agree and submit that the stay of this action should remain in place.

6. The parties agree that the status conference scheduled for April 25, 2008, should be continued to October 24, 2008.

7. The parties will submit a further report to the court regarding the status of any related Ninth Circuit appeals on October 17, 2008, or at any earlier date if the status of the related Ninth Circuit appeals changes in a manner that warrants a further update.

Dated: April , 2008

**KELLER GROVER LLP**

By:__________________________
Eric A. Grover
Denise L. Díaz

Attorneys for Plaintiff

Dated: April 17, 2008

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By:__________________________
Reginald D. Steer
Chad A. Stegeman

Attorneys for Defendant
Century Theatres, Inc.

Additional counsel for Plaintiff:

Mark R. Thierman (72913)
laborlawyer@pacbell.net
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, NV 89511
Tel: (775) 284-1500
Fax: (775) 703-5027

Scott A. Miller (230322)
millaw@sbcglobal.net
**LAW OFFICES OF**
**SCOTT A. MILLER, A.P.C.**
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
Tel: (818) 788-8081
Fax: (818) 788-8080

Steven L. Miller (106023)
stevenlmiller@sbcglobal.net
**STEVEN L. MILLER,**
**A PROFESSIONAL LAW CORP.**
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
Tel: (818) 986-8900
Fax: (818) 990-7900

**~~[PROPOSED]~~ ORDER**

Upon the Stipulation of the parties, and for good cause shown, the status conference scheduled for April 25, 2008, to determine whether it is appropriate to continue the stay of this action shall be continued to October 24, 2008. Further status conferences on the appropriateness of this stay shall be set thereafter. The parties reserve the right to approach the Court at any time and, upon a showing of good cause, seek modification, extension or termination of this order.

The parties shall submit a report on October 17, 2008, as to the status of the appeals in other FACTA cases, and any developments in this case. The parties will also inform the Court as to whether the stay should remain in place or be lifted.

**IT IS SO ORDERED.**

DATED: April 18, 2008

Maxine M. Chesney
United States District Court Judge