ERIC A. GROVER (SBN 136080)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Telephone: (415) 543-1305
Facsimile: (415) 543-7681
eagrover@kellergrover.com

Attorneys for Plaintiff
INNA VIGDORCHIK

REGINALD D. STEER (SBN 056324)
CHAD A. STEGEMAN (SBN 225745)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, Suite 1500
San Francisco, CA  94104-1036
Telephone: (415) 765-9500
Facsimile:  (415) 765-9501
rsteer@akingump.com
cstegeman@akingump.com

Attorneys for Defendant
CENTURY THEATRES, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNA VIGDORCHIK, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>       v.<br><br>CENTURY THEATRES, INC.,<br><br>        Defendant. | Case No.:  C 07-0736 MMC<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION** |

WHEREAS, no class has been certified;

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, by and between Plaintiff Inna Vigdorchik and Defendant Century Theatres, Inc., by and through their respective counsel, that all of the claims in the above-entitled litigation, are hereby dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED that each party will bear its own attorneys' fees and costs.

There being no certified class, court approval for this dismissal is not required pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

DATED: October 14, 2008　　　　　　　　　**KELLER GROVER LLP**

By: _____/s/_____
ERIC A. GROVER

*Attorneys for Plaintiff*
*Inna Vigdorchik*

DATED: October 14, 2008　　　　　　　　　**AKIN GUMP STRAUSS HAUER & FELD LLP**

By: _____/s/_____
CHAD A. STEGEMAN

*Attorneys for Defendant*
*Century Theatres, Inc.*

-1-
STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION
C 07-0736 MMC

**ORDER**

Upon the Stipulation of the parties pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Court hereby dismisses this action WITH PREJUDICE. Each side to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: October 14, 2008

_____
Honorable Maxine M. Chesney
United States District Judge